UNITED STATES BANKRUPTCY COURT,  EASTERN DISTRICT OF PENNSYLVANIA

IN RE:  :  RICHARD B. BLAIR                                No.

### CHAPTER 13 PLAN

1.  The future earnings of the debtor are submitted to the supervision and control of the Trustee and the debtor – Debtor shall pay the Trustee the sum of  $_400._ monthly for a period of 12 MONTHS; and then $542/ month  for a period of  48  months which is the balance of a 60 month Plan:

2.  From the payment so received, the Trustee shall make distributions in the following order of payment:
    (a)  To the Standing Trustee, his costs, expenses and commissions in accordance with certain statutes, then

    (b)  To the Attorney for the Debtor (s), in the sum of $ .00 or such sum as is allowed by the Court, upon application duly made and order entered, then

    (c)  For or on account of  administration expenses provided for under the Code or allowed by the Court, then

    (d)  To the Priority Creditors of the Debtor (s), full payment in deferred cash payments, of all claims entitled to priority under Section 507 of the U.S. Bankruptcy Code.   NO PRIORITY DEBTS.

    (e)  To the secured creditors of the Debtor (s), as follows:   DEBTOR PLANS TO PAY FOR UNEXEMPTED EQUITY IN HIS  HOME  **$28,000**.00

        Any other secured creditors will be paid outside the Plan.

    (f)  Subsequent to—pro rata  with dividends to secured creditors (if any) dividends to unsecured creditors whose claims are timely filed, and duly allowed as follows:

        Unsecured  creditors whose claims are timely filed and approved shall be paid a pro rata distribution of remaining funds.   NOTE THAT THE DEBTOR PLANS TO HAVE THE CAPACITY TO FUND THE PLAN BASED UPON PROJECTED INCREASE IN BUSINESS PROFITS BY ATTENDING TRADE SHOWS.

                        Total to be paid under the Plan . . . .  **$ 30,800.00**

3.  The following executory contracts are rejected: None.

4.  The amount of a creditor's claim shall be fixed by the sum set forth in the Plan (as a percentage of the total amount to be paid through the plan).  In absence of an objection, and if the Plan is confirmed, this amount shall constitute  a finding as to the arrears owed.

5.  Title to the debtor's property shall revest in the debtor on confirmation of the Plan – upon dismissal of the case after confirmation pursuant to the Bankruptcy Act.

Dated:  JULY 20,  2009                                /s/ Richard B. Blair
                                                          RICHARD B. BLAIR

SEND ACCEPTANCES TO:  WAYNE R. CROMIE, ESQ.  2240 DEKALB PIKE  NORRISTOWN PA 19401