**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

RICHARD B BLAIR                    Chapter 13

                Debtor            Bankruptcy No. 09-15270-JKF

**Order Dismissing Chapter 13 Case and**
**Directing Counsel to File Master Mailing List**

**AND NOW**, this _____ day of _____, 201_, upon consideration of the Motion to Dismiss filed by William C. Miller, standing trustee, this case is dismissed and it is further ORDERED, that counsel for the debtor, shall file a master mailing list with the clerk of the Bankruptcy Court, currently updated (if such has not been previously filed); and it is further

**ORDERED**, that any wage orders are hereby vacated.

_____
Jean K. Fitzsimon
Bankruptcy Judge

William C. Miller, Trustee
P.O. Box 40119
Philadelphia, PA  19106-0119

Debtor's Attorney:
WAYNE R CROMIE
SUITE R
401 W JOHNSON HWY
NORRISTOWN, PA 19401

Debtor:
RICHARD B BLAIR

1029 EDGEHILL ROAD
ABINGTON, PA 19001